UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE WANNER,

                              Plaintiff,

              -against-

THE CITY OF NEW YORK,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __6/11/2020__

20 Civ. 2478 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 29, 2020, the Court directed the parties to submit a joint letter and proposed case management plan by June 10, 2020.  ECF No. 8; *see also* ECF No. 6 ¶ 5.  That submission is now overdue.  The parties are hereby ORDERED to file a joint letter and proposed case management plan by **June 15, 2020**.

SO ORDERED.

Dated: June 11, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge