EISENBERG & B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2020

<u>Via ECF:</u>
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   <u>Wanner v. City of New York</u>
      <u>Case No.: 1:20-cv-02478-AT</u>

Dear Judge Torres:

    I am writing on behalf of Plaintiff, in response to Your Honor's Initial Pretrial Conference Order, dated May 9, 2020, as amended May 29, 2020 (ECF Doc [6], [8], and [11] respectively) for a pretrial conference scheduled June 17, 2020 at 11:40 a.m. I write to request that the conference be adjourned to July 17, 2020, or a date thereafter that is convenient for the Court. Plaintiff also requests that the joint letter and proposed case management plan, originally due June 10, 2020, and subsequently rescheduled to be extended to July 10, 2020.

    Plaintiff's Counsel has been attempting service on the Defendant since the summonses were issued by the court. However, due to the COVID-19 pandemic, service was refused on multiple attempts. Plaintiff was able to locate another location for service, and after receiving the amended summons, ECF Doc [10], Plaintiff is re-attempting service on the Defendant. This is Plaintiff's first request for an adjournment of the conference.

    Thank you for your consideration of this request and we appreciate your courtesy in seeking to reschedule this conference.

Respectfully submitted,

EISENBERG & BAUM, LLP

By: _____
Andrew Rozynski, Esq.
24 Union Square East, Fourth Floor
New York, NY 10003
(212) 353-8700
ARozynski@eandblaw.com

EISENBERG & BAUM, LLP
SQUARE EAST FOURTH FLOOR   NEW YORK NY 10003
PH 212 353 8700   FAX 212 353 1708
EandBLaw.com

---

GRANTED. The initial pretrial conference scheduled for June 17, 2020 is ADJOURNED to **August 12, 2020**, at **11:20 a.m.** The conference will be held telephonically, and the parties are directed to use the dial-in information previously provided. *See* ECF No. 6. By **August 5, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 12, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge