# EISENBERG & BAUM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020

**Via ECF:**
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York, NY 10007

      Re:    **Wanner v. City of New York**
               **Case No.: 1:20-cv-02478-AT**

Dear Judge Torres:

      I am writing on behalf of Plaintiff, in response to Your Honor's August 5, 2020 deadline to submit a Joint Letter and Case Management Plan. Plaintiff served Defendant, City of New York, with the summons and Complaint on June 16, 2020 (ECF #14). To date, Defendant has not filed an answer. In addition, Defendant has failed to make any appearance in this action and has failed to provide any explanation for its failure to appear. Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires that a defendant serve an answer within 21 days after service of summons and complaint.

      Plaintiff requests that the initial conference be adjourned and he be granted leave to file a motion for default judgment to be entered against Defendant pursuant to Fed. R. Civ. P. 55 and Local Civil Rule 55.2.

GRANTED. The initial pretrial conference scheduled for August 12, 2020 is ADJOURNED to **September 10, 2020**, at **10:20 am**. By **September 3, 2020**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall move for a default judgment.

SO ORDERED.

Dated: August 10, 2020
       New York, New York

*ANALISA TORRES*
United States District Judge

Respectfully Submitted,

EISENBERG & BAUM, LLP

By:_____
Andrew Rozynski, Esq.
24 Union Square East, Fourth Floor
New York, NY 10003
(212) 353-8700
ARozynski@eandblaw.com
*Attorneys for Plaintiff*