UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GEORGE WANNER,

                        Plaintiff,

-against-

THE CITY OF NEW YORK,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/4/2020
```

20 Civ. 2478 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Plaintiff's motion for default judgment, ECF No. 18, the Court concludes that the motion fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires, among other things, an "affidavit or declaration <u>signed by a **party** with **personal knowledge**</u>" (emphasis added).

    Accordingly, it is hereby ORDERED that, by **September 20, 2020**, Plaintiff shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

    It is further ORDERED that the initial pretrial conference scheduled for September 10, 2020 is ADJOURNED *sine die*.

    The Clerk of Court is directed to terminate the motion at ECF No. 18.

    SO ORDERED.

Dated: September 4, 2020
       New York, New York

                                                          ANALISA TORRES
                                            United States District Judge