

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**IAN WILLIAM FORSTER**
Phone: (212) 356-2624
Fax: (212) 356-2089
iforster@law.nyc.gov
(not for service)

## MEMORANDUM ENDORSEMENT

December 16, 2020

**BY ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 6B
New York, NY 10007

Re:  *George Wanner v. City of New York,* 20-cv-2478 (AT) (GWG)

Dear Magistrate Judge Gorenstein:

I am an Assistant Corporation Counsel assigned to represent Defendant the City of New York in the above-referenced action.  I write on behalf of the parties in anticipation of the scheduled settlement conference (*see* Dkt. No. 34) and pursuant to paragraph 8 of Your Honor's Standing Order Applicable to Telephonic Conferences.  For the reasons stated below, the parties respectfully request that the settlement conference scheduled for December 22, 2020 be adjourned *sine die* until a date at least 60 days from today that is otherwise convenient for the Court.

This week, Plaintiff's counsel informed Defendant for the first time that certain records that will likely be central to any settlement discussions may exist but have not yet been disclosed in discovery.  Presently, neither Plaintiff nor his counsel is in possession of these records.  The parties have taken appropriate action to retrieve these records, but a settlement conference at this time, prior to either party being able to review the materials, is premature.

Therefore, the parties respectfully request that the conference be adjourned *sine die* and for at least 60 days.  Thank you for your consideration of this request.

Respectfully,

/s/_____
Ian William Forster
Assistant Corporation Counsel

CC:   **BY ECF**
       *All counsel of record*

**The settlement conference is adjourned sine die.  The parties shall write to the Court as soon as they are prepared to proceed with a settlement conference and may in that letter propose dates for such a conference.  This adjournment has no effect on any existing deadlines in this matter.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**December 16, 2020**

2